IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MONASTIERO,

        Plaintiff,

  v.

APPMOBI, INC.,

        Defendant.

                               /

No. C 13-05711 SI

**PRETRIAL PREPARATION ORDER**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: June 27, 2014 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is November 7, 2014.

DESIGNATION OF EXPERTS: 2/20/15; REBUTTAL: 2/27/15.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is March 16, 2015.

DISPOSITIVE MOTIONS **SHALL** be filed by January 9, 2015;

    Opp. Due January 23, 2015;  Reply Due January 30, 2015;

    and set for hearing no later than February 13, 2015 at 9:00 AM.

PRETRIAL CONFERENCE DATE: March 31, 2015 at 3:30 PM.

JURY TRIAL DATE: April 13, 2015 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be _ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The Court continued the Motion for Certificate of Appealability from 4/4/14 to 4/18/14 at 9:00 a.m.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 3/17/14

                                                        SUSAN ILLSTON
                                                        United States District Judge