1

2

3

4                    IN THE UNITED STATES DISTRICT COURT

5                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

6

7    JOSEPH MONASTIERO,                              No. C 13-05711 SI

8              Plaintiff,                            **ORDER GRANTING DEFENDANT'S**
        v.                                           **MOTION FOR LEAVE TO FILE A**
9                                                    **MOTION FOR RECONSIDERATION**
     APPMOBI, INC.,                                  **AND RESCHEDULING HEARING**
10
              Defendant.
11   _____/

12          Having considered defendant's motion for leave to file a motion for reconsideration pursuant

13   to this Court's Local Rule 7-9(a), the Court GRANTS the motion.  The Court deems defendant's motion

14   for leave to be the motion for reconsideration.

15          The Court requests further briefing on the question of whether, under *Atlantic Marine Const. Co.*

16   *Inc. v. U.S. Dist. Court*, 134 S.Ct. 568 (2013), a district court may or must consider the factors

17   enunciated in *M/S Bremen v. Zapata Off-Shore Co.*, 407 U.S. 1 (1972), 12-13, 15, 18 (enforcement of

18   a forum selection clause would be unreasonable where: (1) the inclusion of the clause in the agreement

19   "was invalid for such reasons as fraud or overreaching"; (2) the party wishing to repudiate the clause

20   shows "that trial in the contractual forum will be so gravely difficult and inconvenient that he will for

21   all practical purposes be deprived of his day in court"; and (3) "enforcement would contravene a strong

22   public policy of the forum in which suit is brought.") in a separate analysis determining the

23   enforceability of the forum selection clause.  The parties should also evaluate the continuing vitality of

24   the Ninth Circuit's direction in *Murphy v. Schneider National Inc.*, 362 F.3d 1133, 1141-42 (9th Cir.

25   2003), that as to the second *Bremen* exception, "courts are to consider a party's financial ability to

26   litigate in the forum selected by the contract when determining the reasonableness of enforcing a forum

27   selection clause."

28

**United States District Court**
**For the Northern District of California**

United States District Court
For the Northern District of California

1    The parties shall submit additional briefing by **April 23, 2014**.  If plaintiff wishes to file a

2  separate opposition to defendant's motion for reconsideration, it shall do so by **April 23, 2014**.

3  **Defendant's motion for certificate of appealability, currently scheduled for hearing on April 18,**

4  **2014, is continued to May 9, 2014**.  Docket No. 23.

5

6    **IT IS SO ORDERED.**

7

8  Dated: April 14, 2014

9

10    _____
     SUSAN ILLSTON
11    UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28